**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**SCHUETZE, McGAHA, TURNER & FERRIS PLLC**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225
(702) 369-2110 FAX
bmcgaha@smlvlaw.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL PAGE,<br><br>Plaintiffs,<br><br>vs.<br><br>BALJIT MANJU and DHESI LOGISTICS LLC,<br><br>Defendants. | **CASE NO**: 2:23-cv-01136-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by and between RYAN L. DENNETT, ESQ. of DENNETT WINSPEAR, counsel for Defendants, and WILLIAM W. McGAHA, ESQ. of SCHUETZE, McGAHA, TURNER & FERRIS, PLLC, counsel for Plaintiff, that:

The due date for Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 5) be extended from September 7, 2023, to September 21, 2023.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter. The issues in this case are complicated and therefore the Opposition is taking up more time than other cases would. Therefore, the Plaintiff requires additional time to draft his Opposition to Motion to Dismiss. They therefore stipulate to

PAGE **1** OF **2**

extend the time for Plaintiff to file his Opposition to Motion to Dismiss to until September 21, 2023.

WHEREFORE, the parties respectfully request that this Court extend the time to file Plaintiff's Opposition to Motion to Dismiss to September 21, 2023.

DATED this 31st day of August 2023

SCHUETZE, McGAHA, TURNER & FERRIS

By: /s/William W. McGaha
WILLIAM W. McGAHA, ESQ.
Nevada Bar No. 003234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Telephone: (702) 369-3225
Attorneys for Plaintiff
*Michael Page*

DATED this 31st day of August 2023

DENNETT WINSPEAR, LLP

By: /s/Ryan L. Dennett
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Attorneys for Defendants
*Baljit Manju and Dhesi Logistics LLC*

## ORDER

IT IS SO ORDERED.

DATED September 5, 2023.

_____
U.S. DISTRICT COURT JUDGE

PAGE **2** OF **2**

# Donna Brand

| | |
|---|---|
| **From:** | Ryan Dennett <rdennett@dennettwinspear.com> |
| **Sent:** | Thursday, August 31, 2023 11:25 AM |
| **To:** | Donna Brand |
| **Cc:** | Bill McGaha; Heather Moore; Theresa Amendola |
| **Subject:** | Re: Michael Page v. Dhesi Logistics, Mtn to Dismiss |
| **Attachments:** | SAO-Ext Deadline for OPPS Mot Dismiss.pdf |

That is fine. You may affix my signature.

Ryan Dennett

> On Aug 31, 2023, at 1:28 PM, Donna Brand <dbrand@smlvlaw.net> wrote:
>
> Attached is a draft of the Stip to Ext Deadline for Opposition for your review.
>
> Donna Brand
> Senior Litigation Paralegal
> SCHUETZE, McGAHA, TURNER & FERRIS PLLC
> 601 S. Rancho Drive, Suite C-20
> Las Vegas, Nevada 89106
> (725) 228-3253 Direct Dial
> (702) 369-3225 Main
> (702) 369-2110 Fax
>
> **From:** Ryan Dennett <rdennett@dennettwinspear.com>
> **Sent:** Saturday, August 26, 2023 3:28 PM
> **To:** Bill McGaha <bmcgaha@smlvlaw.net>
> **Cc:** Donna Brand <dbrand@smlvlaw.net>; Heather Moore <hmoore@smlvlaw.net>
> **Subject:** Re: Michael Page v. Dhesi Logistics, Mtn to Dismiss
>
> Of course.
>
> Ryan Dennett
>
>> On Aug 26, 2023, at 2:25 PM, Bill McGaha <bmcgaha@smlvlaw.net> wrote:
>>
>> Ryan:
>>
>> On the motion to dismiss, are you agreeable to a SAO to extend the response date back 2 weeks to Sept. 21st? I am going to be in Utah for most of that time and need the additional time for my brief.
>>
>> Kindest Regards,

1

Bill

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada  89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993.  Visit our website at www.legalride.com.  AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.