RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
bquist@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant, Baljit Manju and Dhesi Logistics LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL PAGE,<br><br>                                Plaintiff,<br><br>vs.<br><br>BALJIT MANJU and DHESI LOGISTICS LLC,<br><br>                                Defendants. | Case No:  2:23-CV-01136-JCM-EJY<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO STAY DISCOVERY** |

Plaintiff MICHAEL PAGE, by and through his counsel of record, SCHUETZE, McGAHA, TURNER & FERRIS PLLC, and Defendants BALJIT MANJU and DHESI LOGISTICS LLC, by and through their counsel of record, DENNETT WINSPEAR, LLP, hereby stipulate to stay discovery pending resolution of the jurisdiction/venue issue either by Court order or stipulation of the parties to transfer venue.

IT IS SO STIPULATED this 18th day of October, 2023.

| | |
|---|---|
| **DENNETT WINSPEAR, LLP** | **SCHUETZE, McGAHA, TURNER & FERRIS PLLC** |
| By    /s/ Ryan L. Dennett<br>RYAN L. DENNETT, ESQ.<br>Nevada Bar No. 005617<br>BRENT D. QUIST, ESQ.<br>Nevada Bar No. 009157<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>*Attorneys for Defendants* | By      /s/ William W. McGaha<br>WILLIAM W. McGAHA, ESQ.<br>Nevada Bar No. 003234<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff* |

DENNETT WINSPEAR
ATTORNEYS AT LAW

2:23-CV-01136-JCM-EJY
Page v Baljit Manju, et al.
Stip and Order to Stay Discovery

## **ORDER**

Having reviewed the parties' stipulation, and finding good cause, the Court hereby adopts the stipulation and makes it an order of the Court. Discovery is hereby stayed pending resolution of the jurisdiction/venue issue either by Court order or stipulation of the parties to transfer venue.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 19, 2023

2